**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7038**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

DONTE GWYNN,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Robert G. Doumar, Senior District Judge. (4:07-cr-00112-RGD-FBS-5)

Submitted: September 20, 2012    Decided: November 1, 2012

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Donte Gwynn, Appellant Pro Se. Eric Matthew Hurt, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donte Gwynn appeals the district court's order denying his motion requesting that he be transferred from state to federal custody. We have reviewed the record and conclude that the district court's judgment does not suffer from reversible error, as the issue of Gwynn's place of confinement is squarely within the prerogative of the Attorney General. See Jake v. Herschberger, 173 F.3d 1059, 1065 (7th Cir. 1999); United States v. Warren, 610 F.2d 680, 684-85 (9th Cir. 1980). We therefore affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED